

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2022

No. 04-20-00572-CV

Bobby **HOLLY** and Dolores Holly,
Appellants

v.

**NEWBERRY RANCHES OF TEXAS LLC**,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 34257
Honorable Enrique Fernandez, Judge Presiding

## O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

Appellee's motion for rehearing and motion for en banc reconsideration are **DENIED**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of December, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court